STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

EVAN M. MATEER (CABN 326848)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7181
    FAX: (415) 436-7234
    Evan.Mateer@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:21-MJ-70980-MAG |
| Plaintiff, | **REVISED STIPULATION AND [PROPOSED] ORDER TO CONTINUE ARRAIGNMENT AND PRELIMINARY EXAMINATION AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AND RULE 5.1** |
| v. | |
| ADONIS CAIL, | |
| Defendant. | |

    The parties to the above-captioned matter hereby stipulate and respectfully request that the Arraignment and Preliminary Examination currently scheduled for August 30, 2021, at 10:30 a.m., be continued to September 21, 2021, at 10:30 a.m. The parties request this continuance for defense counsel to continue to review discovery and to conduct their investigation and for the parties to continue with ongoing plea negotiations.

    The parties agree and jointly request that the time between August 30 and September 21 should be excluded in order to provide reasonable time necessary for the continuity and effective preparation of counsel, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Federal Rule of Criminal Procedure Rule 5.1(d). The parties agree that the ends of justice are served by granting the continuance and outweigh the best

interests of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**                          STEPHANIE M. HINDS
                                                  Acting United States Attorney


Dated: August 27, 2021                            /s/_____
                                                  EVAN M. MATEER
                                                  Special Assistant United States Attorney


Dated: August 27, 2021                            /s/_____
                                                  JODI LINKER
                                                  Counsel for Defendant ADONIS CAIL


## [~~PROPOSED~~] ORDER

Based on the reasons provided in the stipulation of the parties above, and for good cause shown, the Arraignment and Preliminary Examination in the above-captioned matter is continued to September 21, 2021, at 10:30 a.m.  The Court hereby FINDS that for adequate preparation of the case by all parties and continuity of counsel, and in the interest of justice, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) and Federal Rule of Criminal Procedure 5.1(d), an exclusion of time is warranted.  Based on these findings, IT IS HEREBY ORDERED THAT the Arraignment and Preliminary Examination is continued until September 21, 2021, at 10:30 a.m., and time is excluded between August 30, 2021 and September 21, 2021.


**IT IS SO ORDERED.**

Dated: August 27, 2021                            _____
                                                  HON. JOSEPH C. SPERO
                                                  United States Magistrate Judge